**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

PRADIPKUMAR KUMAR NAYI,

Plaintiff,

v. No. 26-cv-01906-MIS-SCY

WARDEN, Cibola County Correctional Center; FIELD OFFICE DIRECTOR, ICE ERO El Paso Field Office; ACTING DIRECTOR, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; ATTORNEY GENERAL OF THE UNITED STATES,

Defendants,

**ORDER OF DISMISSAL**

This matter is before the Court following Petitioner's failure to prosecute his *pro se* Petition for Writ of Habeas Corpus ("Petition"). ECF No. 1. Petitioner was previously an immigration detainee at the Cibola County Correctional Institution ("CCCI"). Recently, several mailings to Petitioner were returned as undeliverable. *See* ECF Nos. 8-10. Petitioner has not notified the Clerk's Office regarding his current address as required by D.N.M. Local Civil Rule 83.6. Before evaluating the merits of Petitioner's claims, the Court ordered him to update his address and confirm whether he still intends to prosecute this action. *See* ECF No. 11. The Order warns that the failure to timely comply may result in dismissal without prejudice.

The deadline for Petitioner to update his address expired on August 27, 2026. Petitioner did not comply or otherwise respond to the Order. The Court will therefore dismiss the Petition without prejudice pursuant to Fed. R. Civ. P. 41(b) for "failure to prosecute [and] comply with the … court's orders." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). Petitioner may

refile his claims, if he still seeks habeas relief.

**IT IS ORDERED** that Petitioner Pradipkumar Kumar Nayi's Petition for Writ of Habeas Corpus (**ECF No. 1**) is **DISMISSED without prejudice**; and the Court will enter a separate judgment closing the case.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE